NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3093

GREGORY STOVALL,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

José L. Ongay, of Philadelphia, Pennsylvania, argued for petitioner.

Bryant G. Snee, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC argued for respondent.  On the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, Todd M. Hughes, Deputy Director, and Allison Kidd-Miller, Trial Attorney.

Appealed from:  United States Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3093

GREGORY STOVALL

Petitioner,

v.

UNITED STATES POSTAL SERVICE

Respondent.

# Judgment

ON APPEAL from the      MERIT SYSTEMS PROTECTION BOARD

in CASE NO(S).      PH0752040250-I-4

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

     Per Curiam    GAJARSA, Circuit Judge, ARCHER, Senior Circuit Judge, and
            PROST, Circuit Judge)

          **AFFIRMED. See Fed. Cir. R. 36.**

               ENTERED BY ORDER OF THE COURT

DATED: <u>December 6, 2007</u>          /s/ Jan Horbaly
                                  Jan Horbaly, Clerk